SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LIVANOVA USA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL J. DILORENZO, DILORENZO BIOMEDICAL, LLC (UBI: 602506158), and DILORENZO BIOMEDICAL, LLC (UBI: 604720164),<br><br>    Defendants. | Case No. 2:24-cv-00222<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF LIVANOVA USA, INC.** |

Plaintiff LivaNova USA, Inc., by and through its undersigned counsel of record, hereby submits this Corporate Disclosure Statement pursuant to Local Civil Rule 7.1 and states that:

1. LivaNova Plc. is the parent company of Plaintiff LivaNova USA, Inc. LivaNova Plc. is publicly held and trades on the NASDAQ. BlackRock Institutional Trust Company, N.A. and Primecap Management Company each own 10% or more of LivaNova Plc.'s stock.

2. Plaintiff LivaNova USA, Inc. is a citizen of Delaware and Texas, as it is a Delaware corporation and has a principal place of business in Houston, Texas. LivaNova Plc. is a public limited company organized and existing under the laws of England and Wales.

CORPORATE DISCLOSURE STATEMENT - 1

DATED this 16th day of February, 2024.

                SUMMIT LAW GROUP, PLLC

                By *s/ Christopher T. Wion*
                 Christopher T. Wion, WSBA No.33207
                 chrisw@summitlaw.com
                 Molly J. Gibbons, WSBA No. 58357
                 mollyg@summitlaw.com
                 315 Fifth Avenue S., Suite 1000
                 Seattle, WA 98104
                 (206) 676-7000

                FISH & RICHARDSON P.C.

                By: *s/Benjamin C. Elacqua*
                 Benjamin C. Elacqua, Texas Bar No. 24055443 *(pro hac vice forthcoming)*
                 elacqua@fr.com
                 Ethan K. Kovar, Texas Bar No. 24138134 *(pro hac vice forthcoming)*
                 kovar@fr.com
                 Kathryn Quisenberry, Texas Bar No. 24105639 *(pro hac vice forthcoming)*
                 quisenberry@fr.com
                 909 Fannin Street, Suite 2100
                 Houston, TX 77010
                 Tel: (713) 654-5300

              **ATTORNEYS FOR PLAINTIFF LIVANOVA USA, INC.**

CORPORATE DISCLOSURE STATEMENT - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001