HON. THERESA L. FRICKE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIVANOVA USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL J. DILORENZO, DILORENZO BIOMEDICAL, LLC (UBI: 602506158), AND DILORENZO BIOMEDICAL, LLC (UBI: 604720164), <br><br> Defendants. | CASE NO. 2:24-cv-00222-TLF <br><br> **NOTICE OF PENDENCY OF OTHER ACTION** |

In accordance with Local Civil Rule 3(h), which requires identification of any action pending in another jurisdiction that "involves all or a material part of the same subject matter and all or substantially the same parties," Plaintiff LivaNova USA, Inc. ("LivaNova USA") hereby provides Notice of the following action potentially falling within the scope of the Rule:

- *DiLorenzo Biomedical, LLC v. LivaNova, Inc.*, No. 4:23-cv-01800, filed on May 17, 2023, in the Southern District of Texas, Judge Andrew S. Hanen ("Texas Action").

While there is some overlap between the parties to the Texas Action and the parties to the above-captioned matter pending in this Court ("Washington Action"), it is unclear whether the two actions involve "substantially the same parties" as the phrase is used in Rule 3(h).  Specifically, DiLorenzo Biomedical, LLC (UBI: 604720164)  and LivaNova USA are parties to both actions.

NOTICE OF PENDENCY OF OTHER ACTION - 1
CASE NO. 2:24-cv-00222-TLF

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

However, one of the defendants in the Texas Action (LivaNova, Inc.) is not a party to the Washington Action.  Likewise, two of the defendants in the Washington Action (Daniel J. DiLorenzo and DiLorenzo Biomedical, LLC (UBI: 602506158)) are not parties to the Texas Action.

The two actions do not "involve[] all or a material part of the same subject matter."  In the Texas Action, DiLorenzo Biomedical, LLC (UBI: 604720164)[1] asserts claims of infringement of three patents ("Patents in Suit") against LivaNova, Inc. and LivaNova USA in connection with the sale of LivaNova's epilepsy treatment products.  The Texas Action is presently stayed, pending the court's ruling on defendants' motion to dismiss, filed on October 16, 2023.  *See* Texas Action, Dkts. 21, 28.  A trial date has not been set.

In the Washington Action, Plaintiff LivaNova USA asserts breach of contract and other claims relating to, among other things, Defendants' violation of obligations relating to one of the Patents in Suit, a similarly situated patent not involved in the Texas Action, and related underlying claimed innovations.  The Washington Action does not include any claims for patent infringement or involve the other two Patents in Suit.

LivaNova USA submits that transfer is not proper, including under 28 U.S.C. §1407, and that coordination between the Washington Action and the Texas Action would not avoid conflicts, conserve resources, or promote an efficient resolution of the parties' disputes given the differing parties and subject matter of the two actions.

///////
/////
///
//
/

---

[1] A Defendant here.

NOTICE OF PENDENCY OF OTHER ACTION - 2
CASE NO. 2:24-cv-00222-TLF

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1   DATED this 22nd day of February, 2024.

2                                                       Respectfully submitted,

3                                                       SUMMIT LAW GROUP, PLLC

4

5                                                       By *s/ Christopher T. Wion*
                                                          Christopher T. Wion, WSBA No.33207
                                                          chrisw@summitlaw.com

6                                                          Molly J. Gibbons, WSBA No. 58357
                                                          mollyg@summitlaw.com

7                                                          315 Fifth Avenue S., Suite 1000
                                                          Seattle, WA  98104

8                                                          (206) 676-7000

9

10                                                       FISH & RICHARDSON P.C.
                                                       Benjamin C. Elacqua (*pro hac vice forthcoming*)

11                                                     elacqua@fr.com
                                                      Ethan K. Kovar (*pro hac vice forthcoming*)

12                                                     kovar@fr.com
                                                      Kathryn Quisenberry (*pro hac vice forthcoming*)

13                                                     quisenberry@fr.com

14                                                     909 Fannin Street, Suite 2100
                                                      Houston, TX  77010

15                                                     Tel: (713) 654-5300

16                                                     **ATTORNEYS FOR PLAINTIFF LIVANOVA USA, INC.**

17

18

19

20

21

22

23

24

25

26

NOTICE OF PENDENCY OF OTHER ACTION - 3
CASE NO. 2:24-cv-00222-TLF

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001