HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIVANOVA USA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL J. DILORENZO, DILORENZO BIOMEDICAL, LLC (UBI: 602506158), AND DILORENZO BIOMEDICAL, LLC (UBI: 604720164),<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00222-JNW<br><br>**UNOPPOSED MOTION AND ORDER DISMISSING CASE**<br><br>NOTE ON MOTION CALENDAR: May 2, 2024 |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff LivaNova USA, Inc. respectfully requests that the Court dismiss this action with prejudice and without fees or costs to any Party, as this matter has been fully settled.

　　　　DATED this 2nd day of May, 2024.

　　　　　　　　　　　　　　　　　　SUMMIT LAW GROUP, PLLC

　　　　　　　　　　　　　　　　　　By *s/ Christopher T. Wion*
　　　　　　　　　　　　　　　　　　　　Christopher T. Wion, WSBA No.33207
　　　　　　　　　　　　　　　　　　　　chrisw@summitlaw.com
　　　　　　　　　　　　　　　　　　　　Molly J. Gibbons, WSBA No. 58357
　　　　　　　　　　　　　　　　　　　　mollyg@summitlaw.com
　　　　　　　　　　　　　　　　　　　　315 Fifth Avenue S., Suite 1000
　　　　　　　　　　　　　　　　　　　　Seattle, WA  98104
　　　　　　　　　　　　　　　　　　　　(206) 676-7000

UNOPPOSED MOTION AND ORDER DISMISSING CASE - 1
CASE NO. 2:24-cv-00222-JNW

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

|   |   |
|---|---|
| 1 |   |
| 2 | FISH & RICHARDSON P.C.<br>Benjamin C. Elacqua (*pro hac vice forthcoming*) |
| 3 | elacqua@fr.com<br>Ethan K. Kovar (*pro hac vice forthcoming*) |
| 4 | kovar@fr.com<br>Kathryn Quisenberry (*pro hac vice forthcoming*) |
| 5 | quisenberry@fr.com<br>909 Fannin Street, Suite 2100 |
| 6 | Houston, TX  77010<br>Tel: (713) 654-5300 |
| 7 |   |
| 8 | **Attorneys for Plaintiff LivaNova USA, Inc.** |

UNOPPOSED MOTION AND ORDER DISMISSING CASE - 2
CASE NO. 2:24-cv-00222-JNW

Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# ORDER

Based on the foregoing, IT IS THEREFORE ORDERED that all claims for relief asserted against Defendants Dr. Daniel J. DiLorenzo, DiLorenzo Biomedical, LLC (UBI: 604720164), and DiLorenzo Biomedical, LLC (UBI: 602506158) by Plaintiff LivaNova USA, Inc. herein are dismissed, with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated this 14th day of May, 2024.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

UNOPPOSED MOTION AND ORDER DISMISSING CASE - 3
CASE NO. 2:24-cv-00222-JNW

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001